150 So. 922

**Andrew CORBETT v. STATE.**
4 Div. 33.

Court of Appeals of Alabama.
Nov. 14, 1933.

RICE, Judge.
Appeal dismissed.

144 So. 920

**Ben M. COTTON v. Wm. H. HOLCOMBE, Jr., Sheriff, etc.**
1 Div. 95.

Court of Appeals of Alabama.
Sept. 21, 1932.

Charles Hoffman, of Mobile, for appellant.
Thos. E. Knight, Jr., Atty. Gen., for appellee.

PER CURIAM.
Appeal dismissed by appellant.

146 So. 918

**Jim COTTON v. STATE.**
8 Div. 661.

Court of Appeals of Alabama.
March 7, 1933.

RICE, Judge.
Affirmed.

150 So. 922

**Sidney COTTON v. STATE.**
4 Div. 1.

Court of Appeals of Alabama.
Nov. 14, 1933.

BRICKEN, Presiding Judge.
Appeal dismissed.

150 So. 922

**Sidney COTTON v. STATE.**
4 Div. 999.

Court of Appeals of Alabama.
Nov. 14, 1933.

RICE, Judge.
Appeal dismissed.

139 So. 913

**Hollis, alias Buddy, COUCH v. STATE.**
8 Div. 519.

Court of Appeals of Alabama.
Feb. 16, 1932.

BRICKEN, P. J.
Affirmed.